

## Ida Testo, Appellant, v. Alda Di Mayo and Genuvino V. Di Mayo, Appellees.

### Gen. No. 46,185. (Abstract of Decision.)

Warren R. Ross, and Thomas Lima, for appellant; Warren R. Ross, of counsel; James R. Quinn, and Harry A. Quinn, for appellees; David Jetzinger, of counsel. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed March 23, 1954; released for publication June 2, 1954.

## People of State of Illinois, Defendant in Error, v. James Jacks, Plaintiff in Error.

### Gen. No. 46,297. (Abstract of Decision.)

 Francis D.
McGuire, for plaintiff in error; John Gutknecht, State's Attorney of
Cook county, for defendant in error; John T. Gallagher, Rudolph L.
Janega, Arthur F. Manning, and Frank G. Whalen, Assistant State's
Attorneys, of counsel. Opinion by PRESIDING JUSTICE SCHWARTZ. Not
to be published in full. Opinion filed March 23, 1954; released for pub-
lication June 2, 1954.

## Cosmo Garofalo, Appellee, v. Charles M. D. Verni, Appellant.

### Gen. No. 46,113. (Abstract of Decision.)

E. C. Frank Meier,
for appellant; Zeamore A. Ader, and Paul R. Shanoff, for appellee.
Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed
March 23, 1954; released for publication June 2, 1954.